# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAQUESHA COLEMAN, | CASE NO. CV F 06-1785 AWI LJO |
| Plaintiff, | **ORDER TO ADOPT FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION** |
| vs. | |
| DEPARTMENT OF CHILDREN AND FAMILY SERVICES, | |
| Defendant. | |

## INTRODUCTION

Plaintiff Laquesha Coleman ("plaintiff") proceeds pro se and in forma pauperis and on December 11, 2006, filed a complaint ("complaint") to name as defendant the Department of Children and Family Services ("defendant"). The complaint appears to take issue with November 27, 2000 detention of plaintiff's children arising from plaintiff's "extensive history of domestic violence" and exposure of plaintiff's children to "this domestic violence." The complaint requests "defendant to stop detention of her minors" and monetary relief.

The magistrate judge issued December 14, 2006 findings and recommendations to dismiss this action without prejudice on grounds that: (1) the complaint fails to establish this Court's subject matter jurisdiction; (2) the complaint fails to state a claim upon which relief may be granted; (3) the complaint

1

is time-barred; and (4) a further attempt at amendment is unwarranted based on the complaint's deficiencies and apparent attempt to vex defendant. Plaintiff filed objections to the findings and recommendations.

## CONCLUSION AND ORDER

Pursuant to 28 U.S.C. § 636(b)(1)(C), this Court conducted a de novo review of this case. After evaluating the record, this Court finds the magistrate judge's December 14, 2006 findings and recommendations are supported by the record and proper analysis. The objections do not present a basis to not adopt the findings and recommendations. The objections confirm plaintiff's action is time barred. In addition, it appears plaintiff is contending that defendant violated her rights under state law. This court lacks jurisdiction over such state law claims.

Accordingly, this Court:

1. ADOPTS in full the magistrate judge's December 14, 2006 findings and recommendations;
2. DISMISSES this action without prejudice on grounds that: (1) the complaint fails to establish this Court's subject matter jurisdiction; (2) the complaint fails to state a claim upon which relief may be granted; (3) the complaint is time-barred; and (4) a further attempt at amendment is unwarranted based on the complaint's deficiencies and apparent attempt to vex defendant; and
3. DIRECTS this Clerk of the Court to close this action.

IT IS SO ORDERED.

**Dated:   January 8, 2007**            **/s/ Anthony W. Ishii**
0m8i78                                   UNITED STATES DISTRICT JUDGE